**No. 40271.**—Protests 842124–G, etc., of Anderson & Meyer et al. (San Francisco).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49302) and *Kraft* v. *United States* (T. D. 47955) the protests were sustained as to the weight of cheese.